| | |
|---|---|
| **SEEGER WEISS, LLP** | **KESSLER TOPAZ** |
| Christopher A. Seeger | **MELTZER & CHECK LLP** |
| 55 Challenger Road | Darren J. Check |
| 6th Floor | David Kessler |
| Ridgefield Park, New Jersey 07660 | Matthew L. Mustokoff |
| Telephone: (973) 639-9100 | Michelle M. Newcomer |
| Facsimile: (973) 639-9393 | Margaret E. Mazzeo |
| | Joshua A. Materese |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| | Facsimile: (610) 667-7056 |

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MANNING & NAPIER ADVISORS, LLC, | Civ. A. No. |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF MANNING & NAPIER ADVISORS, LLC** |
| v. | |
| PERRIGO COMPANY PLC, JOSEPH C. PAPA, JUDY L. BROWN, AND MARC COUCKE, | <u>JURY TRIAL DEMANDED</u> |
| | **ECF CASE** |
| Defendants. | |

**RULE 7.1 DISCLOSURE  STATEMENT OF**
**<u>PLAINTIFF MANNING & NAPIER ADVISORS, LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Manning & Napier Advisors, LLC certifies that Manning & Napier Advisors, LLC is a non-governmental corporate party, and states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: January 16, 2018                    Respectfully submitted,

               **SEEGER WEISS, LLP**
               s/ *Christopher A. Seeger*
               Christopher A. Seeger
               55 Challenger Road
               6th Floor
               Ridgefield Park, New Jersey  07660
               Telephone:  (973) 639-9100
               Facsimile:  (973) 639-9393

               **KESSLER TOPAZ**
               **MELTZER & CHECK LLP**
               Darren J. Check
               David Kessler
               Matthew L. Mustokoff
               Michelle M. Newcomer
               Margaret E. Mazzeo
               Joshua A. Materese
               280 King of Prussia Road
               Radnor, PA 19087
               Telephone: (610) 667-7706
               Facsimile: (610) 667-7056

           *Counsel for Plaintiff Manning & Napier Advisors, LLC*

## **CERTIFICATE OF SERVICE**

I, Christopher A. Seeger, hereby certify that on January 16, 2018, I caused the foregoing Rule 7.1 Disclosure Statement of Plaintiff Manning & Napier Advisors, LLC to be filed electronically with the Clerk of the Court through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of January 2018.

                                                    s/ *Christopher A. Seeger*
                                                    Christopher A. Seeger