

**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

January 30, 2018

Hon. Madeline Cox Arleo, U.S.M.J.                                    *Via ECF*
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2060
Newark, NJ 07102

        Re:    **Manning & Napier Advisors, LLC v. Perrigo Company plc, et al.**
               **Civil Action No. 2:18-cv-00674 (MCA)(LDW)**

Dear Judge Arleo:

      This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc ("Perrigo") in the above-referenced matter.

      This action is related to *Roofers' Pension Fund v. Papa and Perrigo Company plc*, Civil Action No. 2:16-cv-2805 (MCA)(LDW) ("RPF Action").

      Enclosed is a Stipulation and Proposed Order that has been agreed to by all parties. The Stipulation provides that, with the Court's permission, there will be no obligation to answer or otherwise respond to the complaint in this action until after disposition of the pending motions to dismiss in the RPF Action. If the enclosed Stipulation meets with your Honor's approval, kindly "So Order" the Stipulation and have it entered on the docket.

      Thank you for your time and consideration.

                                                Respectfully yours,

                                                Alan S. Naar

ASN:cd
cc:    All counsel of record (*via ecf*)