UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MANNING & NAPIER ADVISORS, LLC, | Civil Action No. 2:18-cv-00674-MCA-LDW |
| Plaintiff, | ECF Case |
| | Document Electronically Filed |
| v. | |
| PERRIGO COMPANY PLC, *et al.*, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Manning & Napier Advisors, LLC ("Plaintiff") and Defendants Perrigo Company plc ("Perrigo"), Joseph Papa, Judy Brown, and Marc Coucke (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on January 16, 2018, Plaintiff commenced the above-captioned individual action (the "Action");

WHEREAS, the complaint in the Action involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofers' Pension Fund, et al. v. Perrigo Company plc*, *et al.*, Civ. A. No. 2:16-cv-02805-MCA-LDW (the "Class Action");

WHEREAS, on August 21, 2017, defendant Perrigo and all of the individual defendants except Coucke moved to dismiss the Amended Complaint in the Class Action, and on August 25, 2017, individual defendant Coucke moved to dismiss the Amended Complaint in the Class

Action (collectively, the "Motions to Dismiss");

WHEREAS, lead plaintiff in the Class Action filed its opposition to the Motions to Dismiss, all defendants have filed their replies in further support of the Motions to Dismiss, and briefing was completed in connection with the Motions to Dismiss on November 6, 2017; and

WHEREAS, on November 1, 2017, Carmignac Gestion, S.A. commenced an action captioned *Carmignac Gestion, S.A. v. Perrigo Company PLC, et al.*, Civ. A. No. 2:17-cv-10467-MCA-LDW (the "Carmignac Action");

WHEREAS, in the Carmignac Action, the parties entered into a stipulation similar to the stipulation set forth below, which was "so ordered" by the Court on December 8, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. By entering into this stipulation, Defendants accept service of the summons and complaint in the Action and expressly preserve all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the timeliness and sufficiency of service of the summons and complaint and the form of the summons.

2. With the Court's permission, motions to dismiss the Action are not to be filed until after the disposition of the Motions to Dismiss the Class Action. For the avoidance of doubt, the parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the complaint in the Action.

3. The parties stipulate and agree that no more than thirty (30) days after the Motions to Dismiss the Class Action are resolved, counsel for Plaintiff and Defendants shall confer and submit a proposed schedule for the filing of answers or other responses to the

complaint in the Action.

Dated:  January 30, 2018

By:  */s/ Christoper A. Seeger*
      Christopher A. Seeger

SEEGER WEISS, LLP
Christopher A. Seeger
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
cseeger@seegerweiss.com

KESSLER TOPAZ
  MELTZER & CHECK LLP
Darren J. Check
David Kessler
Matthew L. Mustokoff
Michelle M. Newcomer
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Attorneys for Plaintiff*
  *Manning & Napier Advisors, LLC*

By:  */s/ Alan S. Naar*
      Alan S. Naar

GREENBAUM, ROWE, SMITH
  & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, NJ 08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
James D. Wareham (*pro hac vice application to be filed*)
James E. Anklam (*pro hac vice application to be filed*)
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice application to be filed*)
One New York Plaza
New York, NY 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Attorneys for Defendant*
  *Perrigo Company plc*

Dated:  January 30, 2018        By:   */s/ Marshall R. King*
                                    Marshall R. King

                              GIBSON, DUNN & CRUTCHER LLP
                              Reed Brodsky (*pro hac vice application to be filed*)
                              Aric H. Wu (*pro hac vice application to be filed*)
                              Marshall R. King
                              200 Park Ave
                              New York, NY 10166
                              (212) 351-4000
                              rbrodsky@gibsondunn.com
                              awu@gibsondunn.com
                              mking@gibsondunn.com

                              *Attorneys for Defendant Joseph Papa*

Dated:  January 30, 2018        By:   */s/ Brian T. Frawley*
                                      Brian T. Frawley

                              SULLIVAN & CROMWELL LLP
                              John L. Hardiman (*pro hac vice application to be filed*)
                              Brian T. Frawley
                              Michael P. Devlin (*pro hac vice application to be filed*)
                              125 Broad Street
                              New York, NY 10004
                              (202) 558-4000
                              hardimanj@sullcrom.com
                              frawleyb@sullcrom.com
                              devlinm@sullcrom.com

                              *Attorneys for Defendant Judy Brown*

Dated:  January 30, 2018        By:   */s/ Ryan M. Chabot*
                                      Ryan M. Chabot

                              WILMER CUTLER PICKERING HALE AND
                                DORR LLP
                              Ryan M. Chabot
                              Michael G. Bongiorno (*pro hac vice application to
                                 be filed*)
                              7 World Trade Center
                              250 Greenwich Street

New York, NY 1007
(212) 230-8800
ryan.chabot@wilmerhale.com
michael.bongiorno@wilmerhale.com

Peter J. Kolovos (*pro hac vice application to be filed*)
Alexandra C. Boudreau (*pro hac vice application to be filed*)
Ivan Panchenko (*pro hac vice application to be filed*)
60 State Street
Boston, MA 02109
(617) 526-6000
peter.kolovos@wilmerhale.com
alexandra.boudreau@wilmerhale.com
ivan.panchenko@wilmerhale.com

*Attorneys for Defendant Marc Coucke*

SO ORDERED THIS ___ DAY OF _____, 2018

_____
Hon. Madeline Cox Arleo
United States District Judge

15190134