**SEEGER WEISS LLP**
Christopher A. Seeger
Jennifer R. Scullion
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-639-9393

*Liaison Counsel for Plaintiff Manning & Napier Advisors, LLC*

**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
Matthew L. Mustokoff
Geoffrey C. Jarvis
Joshua E. D'Ancona
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

*Counsel for Plaintiff Manning & Napier Advisors, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MANNING & NAPIER ADVISORS, LLC, | No. 2:18-cv-00674-MCA-LDW |
| Plaintiff, | **STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| PERRIGO COMPANY PLC, JOSEPH C. PAPA, AND JUDY L. BROWN, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Manning & Napier Advisors, LLC ("Plaintiff") and Defendants Perrigo Company plc, Joseph C. Papa, and Judy L. Brown ("Defendants"), by and through their respective counsel of record, hereby stipulate to (i) dismiss Counts I and III of the complaint in the above-captioned matter ("Complaint") without prejudice and (ii) dismiss Count II of the Complaint with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: January 3, 2020

| | |
|---|---|
| **SEEGER WEISS LLP** | **GREENBAUM ROWE SMITH & DAVIS LLP** |
| *Christopher A. Seeger* | |
| Christopher A. Seeger | *s/ Alan S. Naar* |
| Jennifer R. Scullion | Alan S. Naar |
| 55 Challenger Road | 99 Wood Avenue South |
| 6th Floor | Iselin, New Jersey 08830 |
| Ridgefield Park, NJ 07660 | Telephone: (732) 549-5600 |
| Telephone: 973-639-9100 | Facsimile: (732) 549-1881 |
| Facsimile: 973-639-9393 | anaar@greenbaumlaw.com |
| cseeger@seegerweiss.com | |
| | **FRIED, FRANK, HARRIS,** |
| *Liaison Counsel for Plaintiff Manning &* | **SHRIVER & JACOBSON LLP** |
| *Napier Advisors, LLC* | |
| | *s/ James D. Wareham* |
| **KESSLER TOPAZ** | James D. Wareham (*pro hac vice*) |
| **MELTZER & CHECK LLP** | James E. Anklam (*pro hac vice*) |
| | 801 17th Street, NW |
| *s/ Matthew L. Mustokoff* | Washington DC 20006 |
| Matthew L. Mustokoff | Telephone: (202) 639-7000 |
| Geoffrey C. Jarvis | Facsimile: (202) 639-7003 |
| Joshua E. D'Ancona | james.wareham@friedfrank.com |
| Joshua A. Materese | james.anklam@friedfrank.com |
| 280 King of Prussia Road | |
| Radnor, PA 19087 | Samuel P. Groner (*pro hac vice*) |
| Telephone: 610-667-7706 | Samuel M. Light (*pro hac vice*) |
| Facsimile: 610-667-7056 | One New York Plaza |
| dcheck@ktmc.com | New York, New York 10004 |
| dkessler@ktmc.com | Telephone: (212) 859-8000 |
| mmustokoff@ktmc.com | Facsimile: (212) 859-4000 |
| gjarvis@ktmc.com | samuel.groner@friedfrank.com |
| jdancona@ktmc.com | |

1

jmaterese@ktmc.com
sgrey@ktmc.com

*Counsel for Plaintiff Manning & Napier Advisors, LLC*

*Counsel for Defendant Perrigo Company plc*

**GIBSON, DUNN & CRUTCHER LLP**

*s/ Reed Brodsky*
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Marshall R. King
200 Park Avenue
New York, New York 10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*s/ John L. Hardiman*
Brian T. Frawley
John L. Hardiman (*pro hac vice*)
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

1/7/20

SO ORDERED
Madeline Cox Arleo, U.S.D.J.

2